Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
DEANTE SANDERS

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>DEANTE SANDERS,<br><br>   Defendant | Case No.: CR 14-222 CW<br><br>STIPULATION AND ORDER CONTINUING MOTION/TRIAL SETTING HEARING<br><br>Scheduled Hearing Date: 6/16/14<br>Requested Date: 6/23/14 |

    IT IS HEREBY STIPULATED AND AGREED between defendant Deante Sanders through his attorney, Adam Pennella, and the government through its attorney, Brigid Martin, that the Court continue the motion/trial setting hearing one week to June 23, 2014 and that time be excluded from the date of this stipulation to June 23, 2014 for effective preparation of counsel.

    The above-captioned matter is set on June 16, 2014 before this Court for motion or trial setting.  This would be the second district court appearance for Mr. Sanders.  Since the last court appearance, additional discovery has been provided by the government and the terms of a plea agreement have been discussed.  While the parties have come to an agreement as to the terms of an anticipated resolution of this case, a one week continuance is needed in order to draft, finalize and consider a plea agreement.  It is therefore anticipated that Mr. Sanders will be prepared for a change of plea by June 23, 2014.

Given the anticipated plea agreement and the need to review it with Mr. Sanders, the parties further request that the Court exclude time under the Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence, between the date of this stipulation and June 23, 2014.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**SO STIPULATED**:

Dated: June 11, 2014                          _____/s/_____
                                              Adam Pennella
                                              Counsel for Deante Sanders


Dated: June 11, 2014                          MELINDA HAAG
                                              UNITED STATES ATTORNEY


                                              _____/s/_____
                                              Brigid Martin
                                              Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court continues the motion/trial setting hearing from June 16, 2014 to June 23, 2014.  The Court finds that failing to exclude the time between the date of this stipulation and June 23, 2014 would unreasonably deny the defense the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice will be served by excluding the time between the date of this stipulation and June 23, 2014 from computation under the Speedy Trial Act and outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between the date of this stipulation and June 23, 2014 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: 6/12/2014                              _____
                                              Honorable Claudia Wilken
                                              United States District Court Judge